**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  RELOCATION OF          :    NO. 433
MAGISTERIAL DISTRICT 23-1-03   :
WITHIN THE TWENTY-THIRD        :    MAGISTERIAL RULES DOCKET
JUDICIAL DISTRICT OF THE       :
COMMONWEALTH OF
PENNSYLVANIA

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 29th day of March, 2019, upon consideration of the Petition for Relocation of Magisterial District Court 23-1-03 within the Twenty-third Judicial District (Berks County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the relocation of Magisterial District 23-1-03 to the Berks County Services Center, located at 633 Court Street, Reading Pennsylvania, outside of the boundaries of the magisterial district from which the judge is elected, is granted.  This Order is effective July 1, 2019.